THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BONY KUY,<br><br>Defendant. | CASE NO. CR09-0061-JCC<br><br>ORDER |

This matter comes before the Court on defense counsel Michael G. Martin's motion to withdraw as counsel and for appointment of the Federal Public Defender to represent Defendant Bony Kuy (Dkt. No. 179). Having thoroughly considered the unopposed motion and the relevant record, the Court finds good cause and GRANTS the motion. The Court hereby ORDERS that the Federal Public Defender is appointed to represent Mr. Kuy in the above-captioned matter.

DATED this 20th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR09-0061-JCC
PAGE - 1